BERNARD ABRAMS et al.; on Behalf of Themselves and All Other Stockholders of REMINGTON RAND INC., Similarly Situated, Appellants, *v.* THEODORE F. ALLEN et al., Defendants, and LORING R. HOOVER et al., Respondents.

Submitted September 29, 1947; decided October 2, 1947.

Motion by defendants-respondents for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 52.]